UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Randall Arthur Radunz,

        Plaintiff,

vs.                                                      ORDER

Officer Michael Meyer and
Officer Brian Hall,

        Defendants.         Civ. No. 08-268 (JNE/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That the Defendants' Motion for Summary Judgment [Docket No. 16] is granted; and that this case is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                                  BY THE COURT:

DATED: February 26, 2009            s/ Joan N. Ericksen
                                                   Judge Joan N. Ericksen
                                                   United States District Court